UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 06-30571-DOT |
| | ) | |
| MICHAEL JOHN STAR, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| MICHAEL JOHN STAR, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 07-03124-DOT |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ANSWER**

The United States of America on behalf of its agency, U.S. Department of Education, by counsel, answers the unnumbered paragraphs to plaintiff's complaint as follows:

1. The defendant denies the first unnumbered paragraph of the complaint.

2. The defendant admits that the plaintiff's student loan debt was incurred 20 or more years ago. The defendant denies the remainder of the first two sentences, and the last sentence of the second unnumbered paragraph of the complaint. The defendant lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the matters asserted in the second unnumbered paragraph of the complaint and, therefore, denies them.

3. The first sentence of the third unnumbered paragraph of the complaint contains no factual allegations to which a response is required. To the extent that a response may be deemed

to be required, the defendant denies them. The defendant denies the remainder of the third unnumbered paragraph of the complaint.

## DEFENSES

3. The debtor fails to state a claim upon which relief can be granted.

4. The complaint should be dismissed for failure to serve the U.S. Department of Education,[1] the United States Attorney and U.S. Attorney General, as required by the Federal Rules of Bankruptcy Procedure.

DATED this  13  day of December, 2007.

>CHUCK ROSENBERG
>UNITED STATES ATTORNEY
>
>By:   /s/ Robert P. McIntosh
>Robert P. McIntosh (VSB No. 66113)
>Assistant United States Attorney
>Suite 1800, Main Street Centre
>600 East Main Street
>Richmond, Virginia  23219
>(804) 819-5400

---

[1] The certificate of service submitted by the plaintiff indicates that the summons and copy of the complaint were not mailed to the correct address for the defendant, U.S. Department of Education. The defendant became aware of this case when the undersigned Assistant U.S. Attorney was notified by telephone by the Court.

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2007, a true copy of the foregoing ANSWER was served on the following at their address of record through ECF notification as follows:

and by depositing a copy thereof in the United States mail, postage prepaid addressed as follows:

        Michael Star, *pro se*
        CWCC #339637
        P.O. Box 500
        Mitchells, VA 22729

                          /s/ Robert P. McIntosh
                        Robert P. McIntosh
                        Assistant United States Attorney